# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORMA HOBBY, JAMES HOBBY,**

        **Plaintiffs,**

**-vs-**                                                                                  **Case No. 6:04-cv-1242-Orl-22KRS**

**HOME DEPOT U.S.A., INC., d/b/a The Home Depot, d/b/a Expo Design Center,**

        **Defendant.**

_____

## ORDER TO STRIKE

Document Nos. 33 & 34 was filed in the above-styled case. They fail to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below. Therefore, the documents are **ORDERED** stricken and the Clerk is directed to delete the documents. Additionally, any responses required to be filed because of the deleted documents will not be required and will also be stricken and deleted.

    **Non-Filing of Discovery Material** M.D. Fla. L.R. 3.03(e).

    DATED:     This 6th day of July, 2005 in Orlando, Florida

                                              *Karla R. Spaulding*
                                            KARLA R. SPAULDING
                                     UNITED STATES MAGISTRATE JUDGE