# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NORMA HOBBY, JAMES HOBBY,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No.  6:04-cv-1242-Orl-KRS

**HOME DEPOT U.S.A., INC., d/b/a The Home Depot, d/b/a Expo Design Center,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the notice of settlement in the Mediation Report (Doc. No. 42, filed September 23, 2005).  Accordingly, this matter is hereby **DISMISSED**, subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice or to submit a stipulated form of final judgment.  The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida this 29th day of September, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties